IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILE: 

05 APR 19 AM 9 3

ROBERT R. DI CLIO
CLERK, U.S. DI CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| PHYLLIS FOWLKES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 04-2964-DV |
| ) | |
| PRUDENTIAL INSURANCE COMPANY ) | |
| OF AMERICA d/b/a PRUDENTIAL ) | |
| FINANCIAL and COLONIAL ) | |
| DIVERSIFIED POLYMER PRODUCTS, ) | |
| LLC, ) | |
| ) | |
| Defendants. ) | |

## AGREED ORDER

This matter came to be heard by the Court upon the parties' joint motion to transfer. For good cause shown, it is hereby ORDERED that this matter is transferred to the Eastern Division of the United States District Court for the Western District of Tennessee.

It is so ORDERED.

APPROVED FOR ENTRY:

G. Brian Jackson, BPR #15497
David L. Johnson, BPR #18732
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue North
Nashville, Tennessee 37219
(615) 244-9270

Attorneys for the Defendants

2094227_1.DOC

_/s/ Michael L. Weinman (by RS w/ perm.)_
Michael L. Weinman
114 S. Liberty St.
P.O. Box 266
Jackson, TN 38302
(731) 423-5565

Attorney for Plaintiff

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 7 in case 2:04-CV-02964 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

G. Brian Jackson
MILLER & MARTIN, LLP
150 Fourth Ave. N.
1200 One Nashville Place
Nashville, TN 37219--243

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

David L. Johnson
MILLER & MARTIN LLP
150 4th Ave., N.
Ste. 1200
Nashville, TN 37219--243

Honorable Bernice Donald
US DISTRICT COURT