IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| PHYLLIS FOWLKES, | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | NO.: 04-2964-T-An |
| | ) | |
| PRUDENTIAL INSURANCE COMPANY OF AMERICA d/b/a PRUDENTIAL FINANCIAL and COLONIAL DIVERSIFIED POLYMER PRODUCTS, LLC, | ) ) ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

### ORDER SETTING TELEPHONE SCHEDULING CONFERENCE

Pursuant to a Notice of Setting entered March 29, 2005, in the Western Division of the Western District of Tennessee counsel filed a proposed Agreed Scheduling Order. Subsequently, this case was transferred to the Eastern Division of the Western District of Tennessee.

The Court will hold a telephone conference on **FRIDAY, MAY 20, 2005 at 11:00 a.m.** regarding proposed deadlines. Plaintiff's counsel shall initiate the telephone conference call and insure that all parties are present prior to dialing the chambers of the Court in Jackson, Tennessee at 731-421-9273.

**IT IS SO ORDERED.**

S. Thomas Anderson
S. THOMAS ANDERSON
UNITED STATES MAGISTRATE JUDGE

Date: May 03, 2005

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/5/05

1

UNITED STATES DISTRICT COURT WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:04-CV-02964 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

G. Brian Jackson
MILLER & MARTIN, LLP
150 Fourth Ave. N.
1200 One Nashville Place
Nashville, TN 37219--243

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

G. Brian Jackson
MILLER & MARTIN, LLP
150 Fourth Ave. N.
1200 One Nashville Place
Nashville, TN 37219--243

David L. Johnson
MILLER & MARTIN LLP
150 4th Ave., N.
Ste. 1200
Nashville, TN 37219--243

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

David L. Johnson
MILLER & MARTIN LLP
150 4th Ave., N.
Ste. 1200
Nashville, TN 37219--243

Honorable Bernice Donald
US DISTRICT COURT