IN THE UNITED STATES DISTRICT COURT
IN THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| PHYLLIS FOWLKES, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PRUDENTIAL INSURANCE COMPANY )<br>OF AMERICA d/b/a PRUDENTIAL )<br>FINANCIAL and COLONIAL )<br>DIVERSIFIED POLYMER PRODUCTS, )<br>LLC, )<br>)<br>Defendants. ) | Case No. 04-2964-~~DV~~ T/An |

## AGREED SCHEDULING ORDER

The parties have agreed, and it appears to the Court, that this is an action seeking benefits under the provisions of an employee benefit plan pursuant to the Employee Retirement Income Security Act of 1974, 29 U.S.C. §§ 1001-1461 ("ERISA"). *Baptist Healthcare v. Wilkins*, 150 F.3d 609, (6th Cir. 1998), sets out procedures applicable in claims for benefits under ERISA, whereby the Court neither holds a trial or decides the case on motions for summary judgment but, rather, on motions for judgment on the record. *Id.* at 619. Pursuant to Rule 16(b) of the Federal Rules of Civil Procedures, and the Court of Appeals' guidelines set out in *Wilkins*, the Court hereby sets the following deadlines:

1. The defendants shall serve a copy of the administrative record with the Court, and supply a copy of same with opposing counsel, no later than May 2, 2005.

2. The plaintiff shall have until May 20, 2005, to notify the Court of any objections to the administrative record should the parties have any dispute as to whether the record is complete.

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 5/31/05

3. The parties shall file cross-motions for judgment on the record no later than July 22, 2005.

4. The parties shall file responses to the other party's motion no later than August 26, 2005.

It is so ORDERED.

_____
S. Thomas Anderson
JUDGE

APPROVED FOR ENTRY:

_____
Michael L. Weinman
114 S. Liberty St.
P.O. Box 266
Jackson, TN 38302
(731) 423-5565

Attorney for Plaintiff

_____
G. Brian Jackson, BPR #15497
David L. Johnson, BPR #18732
MILLER & MARTIN PLLC
1200 One Nashville Place
150 Fourth Avenue North
Nashville, Tennessee 37219
(615) 244-9270

Attorneys for the Defendants

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:04-CV-02964 was distributed by fax, mail, or direct printing on May 31, 2005 to the parties listed.

---

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

G. Brian Jackson
MILLER & MARTIN, LLP
150 Fourth Ave. N.
1200 One Nashville Place
Nashville, TN 37219--243

David L. Johnson
MILLER & MARTIN LLP
150 4th Ave., N.
Ste. 1200
Nashville, TN 37219--243

Honorable James Todd
US DISTRICT COURT