

# United States District Court
WESTERN DISTRICT OF TENNESSEE
Eastern Division

### JUDGMENT IN A CIVIL CASE

PHYLLIS FOWLKES,
v.

PRUDENTIAL INSURANCE COMPANY
OF AMERICA d/b/a PRUDENTIAL
FINANCIAL and COLONIAL DIVERSIFIED
POLYMER PRODUCTS L.L.C.,

CASE NUMBER: 1:04-2964-T/V

**Decision by Court.** This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in compliance with the order entered in the above-styled matter on 9/23/2005, Defendant's Motion for Judgment on the Record GRANTED and this action is hereby DISMISSED.

APPROVED:

_James D. Todd_
JAMES D. TODD
UNITED STATES DISTRICT JUDGE

THOMAS M. GOULD
CLERK

9/28/05
DATE

BY: _C. Hard_
DEPUTY CLERK

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on  9/29/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 16 in case 2:04-CV-02964 was distributed by fax, mail, or direct printing on September 29, 2005 to the parties listed.

---

G. Brian Jackson
MILLER & MARTIN, LLP
150 Fourth Ave. N.
1200 One Nashville Place
Nashville, TN 37219--243

David L. Johnson
MILLER & MARTIN LLP
150 4th Ave., N.
Ste. 1200
Nashville, TN 37219--243

Michael L. Weinman
WEINMAN & ASSOCIATES
114 S. Liberty St.
Jackson, TN 38302

Honorable James Todd
US DISTRICT COURT